UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICAH CROFFORD BROWN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. 3:19-CV-2301-L |
| | § | |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | CASE INVOLVING THE DEATH |
| Correctional Institutions Division, | § | PENALTY |
| | § | |
| Respondent. | § | |

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

COMES NOW Petitioner, Micah Crofford Brown, by and through his undersigned counsel, and requests leave to proceed *in forma pauperis*. An Application to Proceed In Forma Pauperis and a statement of Mr. Brown's trust account are attached.

DATED:  November 4, 2019                    Respectfully submitted,

MAUREEN FRANCO
Federal Public Defender
Western District of Texas

TIVON SCHARDL
Capital Habeas Unit Chief

*/s/ Timothy Gumkowski*
TIMOTHY GUMKOWSKI
Texas Bar No. 24104788
Assistant Federal Defender

Capital Habeas Unit
919 Congress Avenue, Suite 950
Austin, Texas 78701
(737) 207-3009 (tel.)
(512) 499-1584 (fax)
Tim_gumkowski@fd.org

*Counsel for Micah Crofford Brown, Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2019, I electronically filed the

foregoing document with the Clerk of Court using the CM/ECF system which will send

notification of such filing to the following:

Tina J. Miranda
Assistant Attorney General
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548, Capital Station
Austin, Texas 78711
(512) 936-1600 (tel.)
(512) 320-8132 (fax)
Tina.miranda@oag.texas.gov

_/s/ Timothy Gumkowski_
Timothy Gumkowski