IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICAH CROFFORD BROWN,** **TDCJ #999580,** | § § § | |
| Petitioner, | § § | |
| v. | § | Civil Action No. **3:19-CV-2301-L-BN** |
| | § | |
| **LORIE DAVIS,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12) was entered on November 12, 2019, recommending that the court deny Petitioner's Motion to Proceed In Forma Pauperis (Doc. 11), filed November 4, 2019, and require him to pay the filing fee of $5 within 21 days of any order accepting the magistrate judge's recommendation. The Report further recommends that the court dismiss without prejudice this action for failure to prosecute and comply with a court order if Petitioner fails to pay the filing fee. No objections to the Report were filed.

Having reviewed the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct; **accepts** them as those of the court; and **denies** Petitioner's Motion to Proceed In Forma Pauperis (Doc. 11). As the docket sheet indicates that Petitioner paid the $5 filing fee after the magistrate judge entered his Report, the court **rejects as moot** the Report, to the extent that the magistrate judge recommended that Petitioner be required to pay a $5 filing fee to avoid dismissal of the action.

Order – Page 1

**It is so ordered** this 20th day of December, 2019.

                                                                       Sam A. Lindsay
                                                                     United States District Judge