IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICAH CROFFORD BROWN,** **TDCJ #999580,** | § § § | |
| Petitioner, | § § | |
| v. | § | Civil Action No. **3:19-CV-2301-L-BN** |
| | § | |
| **LORIE DAVIS,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## **ORDER**

Before the court are Petitioner's Objections to the Magistrate Judge's Order Setting Deadlines (Doc. 14), filed November 12, 2019. Specifically, Petitioner objects to the October 23, 2019 order setting case deadlines (Doc. 9) entered by the magistrate judge, contending that: (1) "The Magistrate Judge had no power to determine that [his] claims would be untimely if brought before the statute of limitations; and (2) "Mandating conformity to the Local Rules regarding page limits for [his] capital habeas petition at this point could compromise his right to representation." Obj. 4-9. With respect to the first objection, Petitioner contends that the magistrate judge's order violates the separation of powers doctrine and this court's authority by limiting his ability to plead claims before expiration of the statute of limitations. In addition, Petitioner contends that the May 1, 2020 deadline set by the magistrate judge is arbitrary and capricious.

The court **overrules** Petitioner's objections. If, at any time, Petitioner wishes to seek a continuance of the pleading deadline set by the magistrate judge, he may file an appropriate motion that conforms with the Federal Rules of Civil Procedure and this district's Local Civil Rules. That

this is a habeas death penalty case does not relieve Petitioner of complying with these rules or other applicable legal authority. Likewise, if Petitioner would like to exceed the page limit provided in this district's Local Civil Rules, he may file an appropriate motion for leave beforehand. In ruling on these objections to the magistrate judge's scheduling order, which the court views as procedural and nondispositive in nature, it expresses no opinion at this time regarding the merits of any legal issue or argument that might subsequently be included in the parties' pleadings or briefs, including the applicability of any statute of limitations.

**It is so ordered** this 20th day of December, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　United States District Judge