UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICAH CROFFORD BROWN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-2301-L-BN |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

The matter before the court is Brown's unopposed motion for extension of time to file his reply to Respondent's answer, filed May 31, 2021 (ECF no. 43). Because the motion is unopposed, the court will grant it.

Accordingly is hereby ORDERED that (1) Brown's unopposed motion for extension of time to file his reply to Respondent's answer, filed May 31, 2021 (ECF no. 43), is GRANTED; (2) on or before July 22, 2021, Brown shall file and serve on Respondent's counsel of record Brown's reply to Respondent's answer.

**SIGNED June 1, 2021.**

**DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE**