IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICAH BROWN, | § | |
|     *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIV. NO. 3:19-CV-2301-L-BN |
| BOBBY LUMPKIN, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
|     *Respondent*. | § | |

## ORDER

The Court **GRANTS** Respondent Bobby Lumpkin's motion for an extension of 21 days to respond to Petitioner Micah Brown's motion to stay federal-habeas proceedings. Accordingly, the Director's deadline to file a response in opposition to Brown's motion to stay federal-habeas proceedings is October 1, 2021.

The clerk will deliver a copy of this order to the parties.

SIGNED on   September 3  , 2021

**David L. Horan**
**United States Magistrate Judge**