IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICAH CROFFORD BROWN, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § No. 3:19-cv-2301-L-BN |
| | § |
| DIRECTOR, TDCJ-CID, | § |
| | § |
| Respondent. | § |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS**

Petitioner Micah Crofford Brown filed a motion on August 16, 2022 (ECF no. 84) requesting an additional 21 days within which to file his objections to the undersigned's Findings, Conclusions, and Recommendations ("FCR"), which were issued August 10, 2022 (ECF no. 83). Because the motion is unopposed it is GRANTED.

Petitioner shall file any objections he wishes to make to the undersigned's FCR on or before September 14, 2022.

SO ORDERED.

DATED: August 24, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE